Date of Arrest: **09/13**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Fortunato LOPEZ-Martinez<br>AKA: None Known<br>087682842<br>YOB: 1988<br>Citizen of: Mexico<br><br>Defendant | Magistrate Case No. 16-1714MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 13, 2016 Defendant Fortunato LOPEZ-Martinez, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about October 29, 2014. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Signature of Complainant

Joseph Comella Jr
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

September 14, 2016    at    Yuma, Arizona
Date                                   City and State

James F Metcalf, United States Magistrate
Name & Title of Judicial Officer            Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Fortunato LOPEZ-Martinez
AKA: None Known
087682842

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 13, 2016, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near San Francisco, California on or about October 29, 2014. The Defendant was most recently removed on or about October 29, 2014, through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of California, County of San Mateo, on or about September 20, 2010, for the crime of Attempted Murder, a felony.

Agents determined that on or about September 12, 2016, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 14, 2016
Date

_____
Signature of Judicial Officer

-2-